United States District Court
Southern District of Texas
**ENTERED**
March 29, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CORNELIUS MILAN HARPER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-119 |
| | § | |
| OLIVER J BELL, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case was filed inadvertently. The complaint filed in this case is identical to the complaint entered in Case No. 2:17-cv-117. The Clerk of Court is directed to close this case. Plaintiff Cornelius Harper is instructed that all future filings shall be under the original case number, 2:17-cv-117, and he may disregard any notices he received listing Case No. 2:17-cv-119.

ORDERED this 29th day of March, 2017.

_____
Jason B. Libby
United States Magistrate Judge